IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01452-AP

JACKIE GROSS,

   Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

  Defendant.

---

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

---

## 1. APPEARANCES OF COUNSEL AND PRO SE PARTIES

For Plaintiff:
GAIL C. HARRISS
Dawes and Harriss, P.C.
572 East Third Avenue
Durango, Colorado 81301
Telephone: (970) 247-4411
FAX: (970) 403-1179
gch@dawesandharriss.com
Attorney for Plaintiff

For Defendant:
DAVID M. GAOUETTE
United States Attorney

KEVIN TRASKOS
Deputy Chief, Civil Division
United States Attorney's Office
   District of Colorado
303-454-0184
kevin.traskos@usdoj.gov

STEPHANIE LYNN F. KILEY
Special Assistant United States Attorney
Office of the General Counsel,
Social Security Administration
1961 Stout Street, Suite 1001A
Denver, CO 80294
Telephone: (303) 844-0815
Stephanie.Kiley@ssa.gov

## 2.  STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

## 3.  DATES OF FILING OF RELEVANT PLEADINGS

**A.  Date Complaint Was Filed:**                                      June 19, 2009

**B.  Date Complaint Was Served on U.S. Attorney's Office:**      June 30, 2009

**C. Date Answer and Administrative Record Were Filed:**   August 31, 2009

## 4.  STATEMENT REGARDING THE ADEQUACY OF THE RECORD

The parties, to the best of their knowledge, state that the administrative record is complete and accurate.

## 5.  STATEMENT REGARDING ADDITIONAL EVIDENCE

The parties do not anticipate submitting additional evidence.

## 6.  STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

The parties, to the best of their knowledge, do not believe this case raises unusual claims or defenses.

## 7.  OTHER MATTERS

There are no other matters anticipated.

**8.  BRIEFING SCHEDULE**

The parties respectfully respect the following briefing schedule:

**A.  Plaintiffs Opening Brief Due:**          October 21, 2009

**B.  Defendant's Response Brief Due:**          November 20, 2009

**C.  Plaintiffs Reply Brief (If Any) Due:**          December 7, 2009

**9. STATEMENT REGARDING ORAL ARGUMENT**

The parties do not request oral argument.

**10.  CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

Plaintiff does not consent to the exercise of jurisdiction of a United States Magistrate Judge.

**11.  OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12.  AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

DATED this 22nd day of September, 2009.


BY THE COURT:


*s/John L. Kane*
U.S. DISTRICT COURT JUDGE


APPROVED:

s/ Gail C. Harriss
GAIL C. HARRISS
Dawes and Harris, P.C.
572 East Third Avenue
Durango, Colorado 81301
Telephone: (970) 247-4411
FAX: (970) 403-1179
gch@dawesandharriss.com
Attorney for Plaintiff

DAVID M. GAOUETTE
Acting United States Attorney


KEVIN TRASKOS
Deputy Chief, Civil Division
United States Attorney's Office
        District of Colorado
303-454-0184
kevin.traskos@usdoj.gov

s/ Stephanie Lynn F. Kiley
STEPHANIE LYNN F. KILEY
Special Assistant United States Attorney
Office of the General Counsel,
Social Security Administration
1961 Stout Street, Suite 1001A
Denver, CO 80294
Telephone: (303) 844-0815
Stephanie.Kiley@ssa.gov

Attorneys for Defendant