IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  **09-cv-1452-AP**

**JACKIE GROSS,**

        Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

        Defendant.

---

## ORDER

Kane, J.

Defendant's Unopposed Motion to Remand for Further Administrative Proceedings (doc. #14), filed November 24, 2009, is GRANTED.

This civil action is remanded to Defendant for additional administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

Dated:  November 24, 2009.

                                  BY THE COURT:

                                  ***s/John L. Kane***
                                  JOHN L. KANE, SENIOR JUDGE
                                  UNITED STATES DISTRICT COURT