## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

**Civil Action No.   09-cv-01452-AP**

**JACKIE GROSS,**

        **Plaintiff,**

**vs.**

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security,**

        **Defendant.**

---

### ORDER

---

The Stipulated Motion for Attorney Fees Pursuant to the Equal Access to Justice Act (doc. #19), filed December 16, 2009, is **GRANTED**.  It is

**ORDERED** that Plaintiff is awarded EAJA attorney fees in the amount of **$5,200.00**, to be made payable to Plaintiff, Jackie Gross, and mailed to counsel of record.

DATED this 16th day of December, 2009.

                                                BY THE COURT:

                                                *s/John L. Kane*
                                                U.S. District Court Judge